FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA
2008 APR 30 PM 1:36
BY DEPUTY CLERK

A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Randell Orange

447630
Inmate (DOC) number

08-224

(Enter above the full name of each plaintiff in this action.)

VERSUS

Warden Steven Rader
Major Emanuel Ellis
LT. Roosevtt Lenior
Sgt. Eddie Veal
Sgt. Allen
Sgt. James Thompson
Col. Payne (Investigator)

(Enter above the full name of each defendant in this action.)

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. §1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

IF YOU ARE A PARISH PRISONER, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

IF YOU ARE A D.O.C. PRISONER, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Public Safety and Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for each defendant no longer employed by the Department of Public Safety and Corrections.

**All copies of the complaint must be identical to the original.**

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly**

III. Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) Mr. Randall Orange

Address Post Office Box 788, Jackson La 70748

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant Steven Radar is employed as Warden at Dixon Correction Institution

C. Additional Defendants: Major Emanuel Ellis is employed as Major at (DCI), Roosevelt Levior is employed as Lieutenant at (DCI), Eddie Veal is employed as Sergent at DCI, Sergent James Thompson is employed as a Sergent at (DCI), SergeNT Allen is employed as Sergent at (DCI), and Col Payne (Investigator) All listed names are DCI officers

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not given any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

See Attached Sheets

Cruel and Unusual Punishment.

Excessive use of force

(Usurpation)

Randell Orange #447630
Dixon Correctional Institute
Post Office Box 788
Jackson, LA 70748

CLERK of Court
To: Nick Lorio, Clerk
777 Florida Street. Ste 139
Baton Rouge, LA 70801

Re: CV. 08-224-JVP-DLD

Dear Mr. Lorio,

On April 25, 2008 I received a notation from you, Stating; "X The names of ALL parties must be listed on the front of your complaint as well as in Part III of your complaint. Do Not use "ET AL". The names of ALL Parties Must BE Listed on Both Places Exactly the Same.

Mr. Nick Lorio, I followed your instructions and mailed the 1983 Complaint, Rec. Doc. No. 1, pages 1 and 4 out immediately. On April 27, 2008.

Respectfully Written
Submitted By;
Mr. Randell Orange #447630

Copy Written on 4/27/08
Sent to the Clerk of Court
777 Florida Street. Suite 139
Baton Rouge, La 70801
4/27/08

Randell Orange #447630
Cellblock-B
Post Office Box 788
Jackson, La 70748

UNITED STATES POSTAGE
PITNEY BOWES
02 1M $ 00.41[0]
0004243 APR 29 2008
MAILED FROM ZIP CODE 70748

SCREENED OK U.S. MARSHAL

Clerk's Office
United States District Court
Middle District of Louisiana
777 Florida street, Suite 139
Baton Rouge, La 70801-1712

70801+1717