# ADMINISTRATIVE REMEDY PROCEDURE & PROPERTY CLAIMS

## INPUT SCREEN

CASE NUMBER: DCI-2008-38
EVACUEE:

DOC #: 447630 BACKLOG:
LAST NAME: ORANGE FIRST NAME: RANDELL
RECORD TYPE: A SUBJECT CODE:
INCIDENT DATE: 01/11/08 SUBJECT TYPE :

| | DATE RECEIVED | ACCEPTED DATE | DISPOSITION DATE | DISPOSITION CODE |
|---|---|---|---|---|
| STEP 1: | 01/15/2008 | | | 05-Rejected |
| STEP 2: | | | | |

COMPLAINT:
IF REJECTED REASON: NOT ORIGINAL COPY

FILED SUIT: DATE FILED:
EMPLOYEE NUMBER:

01/15/2008

01/15/2008

Blumberg No. 5138
STATE'S EXHIBIT
B

Rejected – Not original copy

DIXON CORRECTIONAL INSTITUTE
JACKSON, LOUISIANA 70748
JAMES M. LeBLANC, WARDEN

RECEIVED
JAN 15 2008
Deputy Warden's Office

THIS IS A REQUEST FOR ADMINISTRATIVE REMEDY

Mr. Randell Orange
INMATES NAME:

1-11-08
1-12-08
DATE OF INCIDENT:

447630 CBB
D.O.C. NUMBER: DORM:

Cell block - B/D-Tier
PLACE OF INCIDENT:

Idle
JOB ASSIGNMENT:

9:30 til 2:15
TIME OF INCIDENT:

DCI-2008-38

**********************************************************

DESCRIBE THE NATURE OF YOUR COMPLAINT FACTS / WHO / WHAT / WHEN / WHERE / HOW

On the above date and time, I Randell Orange #447630 was called to shower by Sgt. Allen. While walking up the Tier, I spoke to 3 inmates, Garard Achells, Johnathan Liew, and Gary Mouton that's in cell #2. I Randell Orange #447630 Told Gary Mouton you a stupid bitch for playing homicide to duck CXT. Sgt. Veal was standing at the Tier door on D and stated to me, "Who you talking to". I Randell Orange #447630 said, "Not you, but if I'm pushed I'll talk to you. I was placed in the shower to shower. I finished shower i was placed back in cell #12. My cellmate Derick Lemieux #461208, I spoke to him about the situation. I told him the above and why I don't play with Sgt. Veal no more. Also I told Garard about the case he tried to build on me. And why! After I finished my hygiene I was asked to come to the hatch by Sgt. Veal after he cuffed my cellmate. He stated to me, "Come on Bitch". I was cuffed, Sgt. Allen heard everything. I Randell Orange stated "I ain't your Bitch". Sgt. Veal said, "You a Rat and a bitch". Sgt. Allen was at cell #12 when Sgt. Veal stated to him, "You going to do your job". Sgt Allen didn't want to be part of a bad case. But he went along with his duty as a officer. After they finish he threaten to kill me and convince the tier I was a Rat and a bitch. Sgt. Allen was present. He also said he was going to get my information and do me something in my family. While walking toward the shower in cuffs, Sgt. Veal carried on and kept saying "You a dead bird", "You got me fucked up". Sgt. Veal ran on me and was about to push me in cuffs. But Sgt. Allen had pressed his beeper down the tier and the LT. came to the scene and pushed him out the door. I was placed in the shower and Major Ellis came asked me what's going on. I told him everything above. And I kept talking, to the point Major Ellis didn't want to hear it anymore → cont

RELIEF REQUESTED

My Good-Time be restored, Sgt. Veal be laid off for unprofessional behavior, this happen before. (No retaliation)

Lie Detector test taking for I can prove this is correct. Also my accusers! And all my witnesses, because this is serious. (Derick Lemieux), (Garard Achells), (Calvin Daniels), (Gary Mouton), (Bryan Robinson), (Johnathan Liew)

I AM REQUESTING THAT THIS FORM BE USED TO ENTER MY COMPLAINT INTO THE ADMINISTRATIVE REMEDY PROCEDURE:

ADDRESS TO WARDEN'S OFFICE: Randell Orange 447630 CBB
INMATES NAME: D.O.C. NUMBER DORM