UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**RANDELL ORANGE (#447630)**                                                  **CIVIL ACTION**

**VERSUS**

**MAJOR E. ELLIS, ET AL.**                                                    **NO. 08-0224-A-M3**

### O R D E R

Considering the defendants' Motion to Stay Discovery pursuant to Schultea v. Wood, 47 F.3d 1427, 1432 (5th Cir. 1995), rec.doc.no. 15,

**IT IS ORDERED** that the defendants' motion is **GRANTED**, and discovery is hereby **STAYED** in this proceeding pending resolution of the defendants' assertion of the defense of qualified immunity.

Signed in Baton Rouge, Louisiana, on August 25, 2008.

**MAGISTRATE JUDGE DOCIA L. DALBY**