**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **RANDELL ORANGE (#447630)** | **CIVIL ACTION** |
| **VERSUS** | |
| **MAJOR E. ELLIS, ET AL.** | **NO. 08-0224-A-M3** |

## O R D E R

This matter comes before the Court on the plaintiff's Motion for Issuance of Subpoena Duces Tecum, rec.doc.no. 29, pursuant to which he seeks to compel the presence of certain co-inmates before the Court. This motion is premature. In the event that a trial or hearing is scheduled in this case, the Court will assist the plaintiff in obtaining the presence of appropriate witnesses. Accordingly,

**IT IS ORDERED** that the plaintiff's motion for Issuance of Subpoena, rec.doc.no. 29, be and it is hereby **DENIED AS PREMATURE.**

Signed in Baton Rouge, Louisiana, on August 25, 2008.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**