UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RANDELL ORANGE (#447630)

VERSUS  CIVIL ACTION NO.: 08-224-JVP-DLD

MAJOR E. ELLIS, ET AL

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Dalby dated January 15, 2009 (doc. 39). Plaintiff has filed an objection which merely restates legal argument and does not require *de novo* factual findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's claims against defendants James Thompson, Sgt. Allen and Col. Payne shall be **DISMISSED** for failure of the plaintiff to serve these defendants within 120 days as mandated by Rule 4(m) of the Federal Rules of Civil Procedure. **IT IS FURTHER ORDERED** that the plaintiff's Motion for Summary Judgment (doc. 37) is hereby **DENIED**, and that the defendants' Motion for Summary Judgment (doc. 14) and Motion to Dismiss (doc. 16) are hereby **GRANTED** and this action shall be **DISMISSED** with prejudice to the plaintiff's

1

claims being asserted again until the conditions set forth in *Heck v. Humphrey,* 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994) are met.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, February 23rd, 2009.

```
                              JOHN V. PARKER
                              UNITED STATES DISTRICT JUDGE
                              MIDDLE DISTRICT OF LOUISIANA
```