UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



RANDELL ORANGE (#447630)

VERSUS                                             CIVIL ACTION NO.: 08-224-JVP-DLD

MAJOR E. ELLIS, ET AL

# JUDGMENT

For written reasons assigned and filed herein;

**IT IS ORDERED** that judgment is hereby entered in favor of defendants, Emanuel Ellis, Steven Radar, James Thompson, Roosevelt Lenoir, and Eddie Veal, and against the plaintiff, Randell Orange, and this action is hereby **DISMISSED**.

Baton Rouge, Louisiana, February 23rd, 2009.

JAMES J. BRADY for

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA